UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DOMINICK DEMASI<br>　　　Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　Defendant, | Case No. 1:18-cv-01701<br><br>Judge James S. Gwin<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal of this action, with each party to bear its own attorney's fees and costs.

　　　RESPECTFULLY SUBMITTED,

　　　DATED: October 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Peter J. Cozmyk*
　　　　　　　　　　　　　　　　　　　　　　　　Peter Cozmyk
　　　　　　　　　　　　　　　　　　　　　　　　**Cozmyk Law Offices, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　6100 Oak Tree blvd., Ste. 200
　　　　　　　　　　　　　　　　　　　　　　　　Independence, OH 44131
　　　　　　　　　　　　　　　　　　　　　　　　877-570-4440
　　　　　　　　　　　　　　　　　　　　　　　　pcozmyk@cozmyklaw.com
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Jeremy R. Teaberry*
　　　　　　　　　　　　　　　　　　　　　　　　Jeremy R. Teaberry
　　　　　　　　　　　　　　　　　　　　　　　　**Reed Smith**
　　　　　　　　　　　　　　　　　　　　　　　　225 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Ste. 1200
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　　　　215-864-8370
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 215-864-8999
　　　　　　　　　　　　　　　　　　　　　　　　Email: teaberryj@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT