Joint stipulation of dismissal with prejudice approved 10/22/18.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DOMINICK DEMASI<br>  Plaintiff,<br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>  Defendant, | Case No. 1:18-cv-01701<br><br>Judge James S. Gwin<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal of this action, with each party to bear its own attorney's fees and costs.

  RESPECTFULLY SUBMITTED,

  DATED: October 19, 2018

  */s/ Peter J. Cozmyk*
  Peter Cozmyk
  **Cozmyk Law Offices, LLC**
  6100 Oak Tree blvd., Ste. 200
  Independence, OH 44131
  877-570-4440
  pcozmyk@cozmyklaw.com
  ATTORNEY FOR PLAINTIFF

  */s/ Jeremy R. Teaberry*
  Jeremy R. Teaberry
  **Reed Smith**
  225 Fifth Avenue
  Ste. 1200
  Pittsburgh, PA 15222
  215-864-8370
  Fax: 215-864-8999
  Email: teaberryj@ballardspahr.com
  ATTORNEY FOR DEFENDANT